# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 1:19-CR-00499-ELR |
| | * | |
| EBONY NICOLE MAYFIELD, | * | |
| a/k/a Daniell Nicole Williams, | * | |
| | * | |
| Defendant. | * | |

## NOTICE SETTING TRIAL

The above styled case is hereby set for a Jury Trial to begin **MONDAY, JUNE 27, 2022 at 9:00 AM**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA., before District Judge Eleanor L. Ross. The pretrial conference and motions hearing is scheduled **THURSDAY, JUNE 2, 2022 at 2:00 PM**, in Courtroom 1708. If the parties intend to file any motions in limine, they are **DIRECTED** to do so **on or before APRIL 25, 2022**; responses to said motions, a joint proposed verdict form and the parties' proposed general voir dire questions are due **on or before MAY 9, 2022.** Replies to responses and any objections to the voir dire questions are due **on or before MAY 16, 2022.**

Counsel shall provide the Courtroom Deputy Clerk **three (3) hard copies** of your exhibit and witness list(s) at the start of trial for use by the Judge, Court Reporter and Courtroom Deputy Clerk. Counsel shall confer on exhibits prior to the pretrial conference to discuss any objections thereto. Counsel are referred to Local Rule 16.4(B)(19)(b), NDGa, concerning the pre-marking of exhibits. Counsel are reminded of our local rules regarding custody of trial exhibits. Any exhibit larger than 8 ½ x 11 will be returned to counsel. Counsel should plan to pick up their exhibits immediately after the close of court on the day of the verdict.

The following filing schedule shall govern the processing of this case for trial:

1. **APRIL 25, 2022:** Parties required to file motions in limine.

2. **MAY 9, 2022:** Parties required to file responses to motions. Parties required to file a joint proposed verdict form and the parties' proposed voir dire questions.

3. **MAY 16, 2022:** Parties required to file replies to responses to motions. Parties required to file any objections to the parties' proposed voir dire questions.

4. **JUNE 2, 2022 at 2:00 PM:** Pretrial Conference and motions hearing.

5. **JULY 27, 2022 at 9:00 AM:** Trial

Any party requiring the assistance of an interpreter at trial must notify the Court immediately.

Before proposed voir dire questions to the Court, the parties shall go to the district court's website at www.gand.uscourts.gov.  On the home page, locate the Attorney Information link, which will direct you to the Trial Instruction/Preparation For Cases Proceeding Before Judge Ross. Here, the Court has provided its standard Qualifying Questions and Background Jury Questions to be asked of prospective jurors at trial. Please do not duplicate these questions in your proposed voir dire.

**Three (3) business days before** trial, each party shall deliver to the Court their requests to charge. Requests to charge are required only with respect to the legal issues specific to the case being tried. If a party requests the Court to consider a change to a pattern instruction or a general matter, the request may be made by submitting a request to charge indicating clearly how the party requests the pattern charge to be altered. The original proposed charges shall be filed with the Clerk of Court, one copy shall be provided to opposing counsel and two copies shall be provided to our chambers. Copies provided to our chambers shall include, behind each request, a copy of all cited authority pertaining to the request. Any objections to requests to charge filed by another party shall be filed within three (3) days following the requests to charge being filed.

**Trial matters**

      1. Counsel statements. Opening statements are limited to **thirty (30) minutes** per side. Closing arguments are limited to **one (1) hour** per side. Parties requesting more time for these presentations must seek leave at the pretrial conference.

      2. Efficient use of jury time. When the jury is in the courtroom, it is the Court's and the litigants' responsibility to use the jury's time efficiently. If matters need to be taken up outside the presence of the jury, they should be raised during breaks or before the start or after conclusion of the trial day.

      3. Equipment admission order. A lawyer who has been issued an attorney ID card by the United States Marshals Service may bring exhibits, laptops -- virtually anything necessary for use at trial -- into the courthouse. If a lawyer does not have this pass, counsel will have to obtain from the Court an Order allowing counsel to bring trial exhibits and support equipment into the courthouse. The parties need to coordinate with Ms. Beck for an Order to be issued. This should be done several days before the hearing or trial at which documents and equipment will be needed. Parties are advised to go to the district court's website at: http://www.gand.uscourts.gov/case-prep-judge-ross. Here, the Court has provided its Qualifying Questions in a criminal trial and Background Jury Questions.

If you have any questions about this trial notice or preparation for trial, you may contact the Court's Courtroom Deputy Clerk Michelle Beck by telephone at 404-215-1524 or email (michelle_beck@gand.uscourts.gov).

This <u>4th </u>day of<u> February</u>, 2022.


<u>s /Michelle L. Beck</u>
Courtroom Deputy Clerk to
Honorable Judge Eleanor L. Ross
404-215-1524